IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF rlindsey0910@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, LLC | Case No. 5:22-CM-28<br><br>**Filed Under Seal** |

### APPLICATION FOR ORDER COMMANDING ELECTRONIC SERVICE PROVIDER NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF LEGAL PROCESS

The United States requests that the Court order GOOGLE, LLC a company that provides electronic service and/or remote computing service, not to notify any person (including the subscribers or customers of the account(s)) of the existence of the legal process, for a period of ninety (90) days pursuant to Title 18, United States Code, Sections 2703 and 2705.

GOOGLE, LLC is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the Court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the requested information relates to an ongoing criminal investigation. Accordingly, this investigation is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached legal process will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates or further intimidate the victim. *See* 18 U.S.C. §

2705(b)(2), (3), (5). Some of the evidence in this investigation is stored electronically. If alerted to the investigation, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing GOOGLE, LLC not to disclose the existence or content of ANY LEGAL PROCESS served on them in the above styled case for a period of 90 days, except that GOOGLE, LLC may consult with an attorney representing the respective entity for the purpose of receiving legal advice.

The United States further requests that the Court order that this Application and any resulting order be sealed until further order of the Court. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on this 14th day of July, 2022.

*/s/Dustin S Roberts*
Dustin S Roberts
Assistant United States Attorney
Arkansas Bar # 2005185
414 Parker Avenue
Fort Smith, AR 72901